UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  2:24–cv–09402–HDV–RAO        Date   6/10/2025

Title   *UNITED AFRICAN–ASIAN ABILITIES CLUB ET AL V. ROSEWOOD CORP. ET AL*

Present:    The Honorable   Hernán D. Vera, United States District Judge

 Wendy Hernandez                            Not Reported
Deputy Clerk                                Court Reporter

Attorneys Present for Plaintiffs:        Attorneys Present for Defendants:
None Present                                None Present

**Proceedings:     (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION**

Plaintiff is ordered to show cause, in writing, no later than  June 17, 2025  why this action should not be dismissed for lack of prosecution.  The Court will consider the filing of the following on or before the above date as an appropriate response to this Order to Show Cause.

_  Proof of service of summons and complaint.

‾  Response to complaint/amended complaint by the defendant or an application for entry of default pursuant to Federal Rules of Civil Procedure 55(a).

X  Application for entry of default judgment pursuant to Federal Rules of Civil Procedure 55(b).

No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15. Failure to respond to the Order to Show Cause will result in the dismissal of this action.

**IT IS SO ORDERED.**